UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIZZIE TENORIO-ROSADO,

        Plaintiff,

-against-

COMMUNITY ASSOCIATION OF
PROGRESSIVE DOMINICANS, INC.,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/23/2025
```

25 Civ. 2941 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated April 15, 2025, the Court directed the parties to file a joint letter and proposed case management plan by June 16, 2025. ECF No. 6. Those submissions are now overdue. Accordingly, by **July 21, 2025**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: June 23, 2025
       New York, New York

                                        _____
                                             ANALISA TORRES
                                       United States District Judge