USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2025

# DELLA MURA & CIACCI L

ATTORNEYS AND COUNSELLORS AT LAW
981 ALLERTON AVENUE
BRONX, NEW YORK 10469

WALTER F. CIACCI
PETER DELLA MURA

TELEPHONE (718) 405-1500
FACSIMILE (718) 405-2500

PAUL D. GENTILE

OF COUNSEL

JOSEPH A. PROVENZA
OF COUNSEL

July 21, 2025

**VIA NYSD-ECF**
The Honorable Analisa Torres
United States District Court Judge - Southern District of New York

Re:  *Lizzie Tenorio-Rosado v. Community Association of Progressive Dominicans, Inc.*
United States District Court - Southern District of New York
25CIV.2941(AT)

Dear Judge Torres:

We are counsel to the plaintiff, Lizzie Tenorio-Rosado.

I write as directed in order to fulfill the requirement that the parties file a joint letter and proposed case management plan by July 21, 2025.

First, I apologize for not advising the Court earlier. I was directed to file a case management plan and a joint letter by June 16, 2025.

The issue was that although the defendant was served by May 15, 2025, I never received an answer nor any communication on behalf of the defendant.

When I received Your Honor's Order dated June 23, 2025, I sent the enclosed correspondence directly to the defendant. Fortunately, prior to sending that correspondence, I was able to find a certificate of insurance listing Pennsylvania Manufacturers Assoc. Insurance Co as the carrier.

I was eventually contacted by Mr. David Austin, Senior Resolution Manager at Gallagher Bassett which is a third-party administrator.

I enclose Mr. Austin's correspondence dated July 18, 2025 which indicates that Gallagher Bassett, has just assigned the defense of this matter to Cullen & Dykman LLP.

Given the anticipated timeframe, once Cullen & Dykman contacts me, I will give Cullen & Dykman until August 15, 2025 by which to file an answer on behalf of the defendant.

This is a personal injury case. It is claimed that plaintiff, an infant at the time, suffered multiple fractures of both arms due to the negligent supervision of an after-school program operated by the defendant.

# DELLA MURA & CIACCI LLP

Page 2 of 2   Re: *Lizzie Tenorio-Rosado v. Community Association of Progressive Dominicans, Inc.*   25CIV.2941(AT)
July 21, 2025

    Thus, I respectfully request on behalf of the plaintiff, that the Court issue an order setting down the date for the submission of a case management plan and joint letter to whatever date the Court deems reasonable after August 15, 2025.

    Thank you for your time and attention to this matter.

Respectfully submitted,

Walter F. Ciacci, Esq.

Wfc/lc

    By **August 25, 2025**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: July 22, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge