UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIZZIE TENORIO-ROSADO,

      Plaintiff,

 -v-

COMMUNITY ASSOCIATION OF PROGRESSIVE
DOMINICANS, INC.,

      Defendant.

CIVIL ACTION NO. 25 Civ. 2941 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the in-person status conference held today, April 14, 2026, the Court ORDERS as follows:

1. The fact discovery deadline is EXTENDED to **Monday, June 1, 2026;**

2. The expert discovery deadline is EXTENDED to **Monday, July 27, 2026**;

3. An in-person discovery status conference is scheduled for **Wednesday, May 27, 2026 at 11:00 a.m. ET** in Courtroom 18A, 500 Pearl Street, New York, NY 10007.  Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order form no later than four (4) business days before the conference.  The Electronic Device Order form is available on the Court's website at:

https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

Dated:     New York, New York
           April 14, 2026

                              SO ORDERED.


                              _____
                              SARAH L. CAVE
                              United States Magistrate Judge

2