UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIZZIE TENORIO-ROSADO,

                    Plaintiff,

    -v-

COMMUNITY ASSOCIATION OF PROGRESSIVE
DOMINICANS, INC.,

                    Defendant.

CIVIL ACTION NO. 25 Civ. 2941 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the in-person status conference held today, May 27, 2026, the Court ORDERS as follows:

1. The fact discovery deadline is EXTENDED to **July 17, 2026;**

2. The expert discovery deadline is EXTENDED to **August 28, 2026**;

3. A telephonic discovery status conference is scheduled for **Thursday, July 16, 2026 at 2:15 p.m. ET** on the Court's conference line.  Counsel are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:      New York, New York
             May 27, 2026

                    SO ORDERED.

                    **SARAH L. CAVE**
                    **United States Magistrate Judge**