DELLA MURA & CIACCI LLP
ATTORNEYS AND COUNSELLORS AT LAW
981 ALLERTON AVENUE
BRONX, NEW YORK 10469

WALTER F. CIACCI
PETER DELLA MURA

PAUL D. GENTILE
MICHAEL G. DIMARIA

TELEPHONE (718) 405-1500
FACSIMILE (718) 405-2500

JOSEPH BOVE
OF COUNSEL

JOSEPH A. PROVENZA
OF COUNSEL

July 27, 2026

**VIA PACER**
Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: *Tenorio-Rosado v. Community Association of Progressive Dominicans, Inc.*
United States District Court Southern District of New York
Case No.: 1:25-CV-02941 (SLC)

Dear Judge Cave:

We are counsel to plaintiff.

I write pursuant to the Court's Individual Practices in Civil Cases, II (c)(2). Please allow this to serve as plaintiff's letter motion requesting an immediate discovery conference.

I hereby certify that at approximately twelve noon today I spoke with James Crudele, Esq., defense counsel. We spoke for approximately ten minutes preceded by a call this past Friday addressing the same topic, i.e., the production for deposition of a defense witness on Tuesday July 28, 2026.

Mr. Crudele informed me during the most recent call that no witness would be produced because "his client is not getting back to him".

This statement surprised me because defense counsel selected 07/28 as the deposition date after informing me that he could not produce his client on 07/16/26, the date that was previously agreed upon.

To date, defendant has not produced a single witness to testify, nor has defendant fully responded to plaintiff's document demand.

I can produce at least seven letters, if not more, urging defense counsel to proceed with discovery and that my intent was to cooperate and not seek judicial intervention.

Now, I have no choice.

I informed Mr. Crudele during our last call that we were at an impasse and that I would alert the Court as to defendant's behavior.

We are scheduled for a telephone conference at 4pm on Tuesday, August 4, 2026.

I respectfully request an in-person appearance anytime 07/28, anytime 07/29 or 07/30 or at 4pm on August 4, 2026.

Thank you for your time and attention to this matter.

Respectfully submitted,

Walter F. Ciacci, Esq.

wfc/lc
cc James Crudele, Esq.

Plaintiff's request at Dkt. No. 31 is **GRANTED**.

The Court will address the identified discovery disputes at the conference already scheduled for **August 4, 2026 at 4:00 p.m. ET** on the Court's conference line. (Dkt. No. 30). Counsel are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

The Clerk of Court is respectfully directed to close Dkt. No. 31.

SO ORDERED. July 27, 2026

SARAH L. CAVE
United States Magistrate Judge