UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIZZIE TENORIO-ROSADO,

Plaintiff,

-v-

COMMUNITY ASSOCIATION OF PROGRESSIVE DOMINICANS, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 2941 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a change in the Court's calendar, the telephone conference scheduled for August 4, 2026 at 4:00 p.m. ET is **ADJOURNED** to **August 6, 2026 at 10:15 a.m. ET** on the Court's conference line. (Dkt. Nos. 30, 32). Counsel are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
August 3, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**