UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIZZIE TENORIO-ROSADO,

Plaintiff,

-v-

COMMUNITY ASSOCIATION OF PROGRESSIVE DOMINICANS, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 2941 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery conference held today, August 6, 2026, the Court ORDERS as follows:

1. By **August 13, 2026**, Defendant shall provide revised responses to Plaintiff's discovery requests;
2. By **August 25, 2026**, Defendant shall produce for his deposition the witness discussed at the conference;
3. A telephonic discovery status conference is scheduled for **September 8, 2026 at 12:00 p.m. ET** on the Court's conference line. Counsel shall call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time;
4. The fact discovery deadline is **EXTENDED** to **September 11, 2026;**

5. The expert discovery deadline is **EXTENDED** to **October 23, 2026**.

Dated: New York, New York
August 6, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**