UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIZZIE TENORIO-ROSADO,

Plaintiff,

-v-

COMMUNITY ASSOCIATION OF PROGRESSIVE DOMINICANS, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 2941 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery conference held today, September 8, 2026, the Court ORDERS as follows:

1. The fact discovery deadline is **EXTENDED** to **October 23, 2026;**
2. By **October 30, 2026**, the parties shall file a joint letter, not to exceed 750 words, providing an update on: (i) the completion of fact discovery; (ii) the status of mediation; and (iii) the status of expert discovery.
3. The expert discovery deadline is **EXTENDED** to **December 1, 2026**.

Dated: New York, New York
September 8, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**