UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIZZIE TENORIO-ROSADO,

Plaintiff,

-v-

COMMUNITY ASSOCIATION OF PROGRESSIVE DOMINICANS, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 2941 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery conference (the "Conference") held November 10, 2026, the Court **ORDERS** as follows:

1. By **November 16, 2026**, the parties shall order the Conference transcript using the annexed form.
2. The expert discovery deadline (Dkt. No. 37) is **EXTENDED** as follows:
    a. By **November 25, 2026**, Plaintiff's independent medical examination shall be conducted;
    b. By **December 18, 2026**, Defendant shall depose Plaintiff's orthopedic expert;
    c. The deadline for Defendant to depose Plaintiff's liability expert is **HELD IN ABEYANCE** pending mediation.
3. By **December 1, 2026**, the parties shall file a joint letter, not to exceed 750 words, providing an update on: the completion of expert discovery and the status of mediation.

4. The parties shall schedule a mediation to occur on or before **January 8, 2027**.

Dated: New York, New York
November 10, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL